IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CHARLES FUDGE                                              PETITIONER

v.                           5:06CV00183 JLH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed with prejudice.

IT IS SO ORDERED this 15th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE